UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SHASHID SHEMAYNE STROMAN,

      Petitioner,

v.                                      Case No. 3:20cv2696-LC-HTC

MARK S. INCH,

      Respondent.

_____/

ORDER and
REPORT AND RECOMMENDATION

Petitioner, Shashid Stroman, proceeding *pro se*, filed a petition under 28 U.S.C. § 2254 by delivering it to prison mail officials on February 3, 2020.  ECF Doc. 1.[1]  He has paid the full filing fee.  ECF Doc. 5.  The matter was referred to the undersigned Magistrate Judge for preliminary screening and report and recommendation pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(B).  For the reasons set forth below, the undersigned recommends the Petition be DISMISSED prior to service and without an evidentiary hearing under Habeas Rule 4 as it plainly appears from the petition that it is UNTIMELY.

---

[1] *See* Habeas Rule 3(d) and *Houston v. Lack*, 487 U.S. 266, 275-76 (1988) (Under the "prison mailbox rule," a pro se prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing.).

## I.    THE PETITION

Stroman, an inmate of the Florida Department of Corrections, currently incarcerated at Okeechobee Correctional Institution, files the instant petition challenging an April 22, 2016 judgment of conviction from Escambia County, Florida, in case number 2015-CF-003843A for burglary of an occupied dwelling and driving without a valid driver's license.  ECF Doc. 1 at 1.  He asserts three grounds for relief: (1) ineffective assistance of trial counsel for failing to argue that video used at trial to inculpate him was edited; (2) violation of his right to confront witnesses because the state attorney refused to allow admission of deposition testimony and provided discovery to Stroman only three days before trial; and (3) ineffective assistance of counsel in failing to pursue defense of lack of intent to commit a crime in the dwelling to support the burglary charge.

## II.    STANDARD FOR DISMISSAL UNDER RULE 4

Under Habeas Rule 4, "[t]he clerk must promptly forward the petition to a judge under the court's assignment procedure, and the judge must promptly examine it.  If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner."  Rule 4 requires district courts to dismiss § 2254 petitions without ordering the State to respond "[i]f it plainly appears from

the petition and any attached exhibits that the petitioner is not entitled to relief." *Paez v. Sec'y, Fla. Dep't of Corr.*, 947 F.3d 649 (11th Cir. 2020).

This preliminary review calls on a district court to screen the petition prior to service and dismiss the petition, *sua sponte*, upon a determination that it contains no meritorious claim for relief. *See* Rules Governing § 2254 Cases, R. 4 advisory committee notes ("it is the duty of the court to screen out frivolous applications"). The procedure serves to "eliminate the burden that would be placed on the respondent by ordering an unnecessary answer." *Id.*

A dismissal under Rule 4 may be appropriate both on the merits and a finding that the petition is procedurally barred. *Paez*, 947 F.3d at 649 (citing *Kilgore v. Att'y Gen. of Colo.*, 519 F.3d 1084, 1089 (10th Cir. 2008) ("A district court may *sua sponte* dismiss a § 2254 petition if the petition's untimeliness is 'clear from the face of the petition itself.'"); *Jackson v. Sec'y for Dep't of Corr.*, 292 F.3d 1347, 1349 (11th Cir. 2002) (*per curiam*) ("even though the statute of limitations is an affirmative defense, the district court may review *sua sponte* the timeliness of the section 2254 petition").

In determining whether to dismiss a habeas petition under Rule 4, a court may properly take judicial notice of the state court dockets. *Paez*, 947 F.3d at 649. State court records comply with the requirements of Federal Rule of Evidence 201, which permits a court to "judicially notice a fact that is not subject to reasonable dispute

because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *see Paez*, 947 F.3d at 649 (citing *Cunningham v. Dist. Att'y's Office*, 592 F.3d 1237, 1255 (11th Cir. 2010).

Thus, as an initial matter, the undersigned will take judicial notice of Stroman's state court records pertaining to his underlying conviction and appeal, identified by case number 2013-CF-288215-CF-003843A, filed in Escambia County,[2] and case number 1D16-1857, filed with the First District Court of Appeal.[3] Additionally, the Court will instruct the clerk to post as exhibits to this Report and Recommendation those portions of the state court record which the undersigned considered in recommending this dismissal. *Paez*, 947 F.3d at 649 ("We think the best practice would be to include copies of any judicially noticed records as part of the Order that relies upon them, so as to ensure the inmate receives them.").

## III. ANALYSIS

The Anti-Terrorism and Effective Death Penalty Act ("AEDPA") imposes a one-year limitations period for filing a § 2254 petition. 28 U.S.C. § 2244(d)(1). The period generally runs from "the date on which the judgment became final by the

---

[2] http://public.escambiaclerk.com/BMWebLatest/CourtCase.aspx/Details/2139246?digest=d%2FX5H%2FXfcHgrhtQ0EZYMLA.
[3] http://onlinedocketsdca.flcourts.org/DCAResults/LTCases?CaseNumber=1857&CaseYear=2016&Court=1.

Case No. 3:20cv2696-LC-HTC

conclusion of direct review or the expiration of the time for seeking such review"
(unless one of the later dates enumerated in the statute applies – which they do not
here). *Id.* § 2244(d)(1)(A). The limitations period is tolled for the time during which
a "properly filed" postconviction motion is pending in state court. *Id.* § 2244(d)(2).

### A. The Petition Is Untimely

As stated above, the judgment of conviction forming the basis of this petition
was entered on April 22, 2016. Stroman filed an appeal to the First District Court
of Appeal on April 25, 2016. The conviction was affirmed *per curiam* on June 8,
2017. Stroman did not seek further direct review of his judgment. Thus, the
judgment, for purposes of § 2244(d)(1), became final upon expiration of the 90-day
period in which Stroman could have sought direct review of his conviction in the
United States Supreme Court, or on **September 6, 2017**. *See Chavers v. Sec'y, Fla.
Dep't of Corr.*, 468 F.3d 1273, 1275 (11th Cir. 2006) ("the entry of judgment, and
not the issuance of the mandate, is the event that starts the running of time for seeking
Supreme Court review, within the meaning of Supreme Court Rule 13.3 and 28
U.S.C. § 2244(d)(1)(A)").

Before the judgment became final, Stroman filed a *pro se* motion to mitigate
his sentence on August 18, 2017. The filing of the post-conviction motion tolled
Petitioner's time for filing this petition under the AEDPA until it was resolved on
appeal. *See King v. Sec'y, Fla. Dept. of Corr.*, 2017 WL 6760186, *1 (11th Cir. Jan.

5, 2017) (holding federal one-year period is tolled upon properly filed postconviction motion and remains tolled until the appellate court issues its mandate). The motion was denied on August 21, 2017, and Stroman did not appeal the denial. Thus, the petition became fully adjudicated (and was no longer pending) as of **September 20, 2017**, upon the expiration of Stroman's time to appeal the lower court's denial. *See Cramer v. Sec'y, Dep't of Corr.*, 461 F.3d 1380, 1383-84 (11th Cir. 2006) (holding that Florida prisoner's postconviction motion remained "pending" under § 2244(d)(2), until the appeal period expired). The post-conviction motion tolled Stroman's time to file a § 2254 motion for fourteen (14) days (from September 6, 2017 when the judgment became final until September 20, 2017).

Stroman did not file any other postconviction motions. Thus, there were no other events that would have tolled the time for Stroman to file a § 2254 petition after September 20, 2017. That being the case, under the AEDPA time requirements, for Stroman's petition to be timely filed, he must have filed it by no later than August 24, 2018. Stroman, however, did not file the instant federal petition until February 3, 2020, more than a year *after* Stroman's judgment became final (excluding any tolled time).[4] Accordingly, his petition is untimely and should be dismissed. *See* 28 U.S.C. §§ 2244(d)(1)(A) and 2244(d)(2).

---

[4] In fact, 865 un-tolled days passed from the date on which the conviction became final until the filing of the instant federal petition.

**B.    Stroman Is Not Entitled To Any Exception To The AEDPA Limitation Period**

Stroman does not dispute that his petition is untimely. Instead, in the "Timeliness of Petition" section of his petition, Stroman argues that: "It becomes manifest injustice to let my conviction and sentence stand. No time bar cures manifest injustice. . . . Allow for this petition to be viewed as actual innocence claim to seek relief using gateway to defect any procedural bars of timeliness." ECF Doc. 1 at 19. As discussed below, however, the manifest injustice and actual innocence exceptions do not apply.

1.    Stroman cannot show manifest injustice or actual innocence

Under the manifest injustice and actual innocence exceptions, a court may consider a § 2254 petition that would otherwise be procedurally barred if refusing to consider the petition would endorse a fundamental miscarriage of justice because it would require an actually innocent individual to remain imprisoned. *See San Martin v. McNeil*, 663 F.3d 1257, 1267-68 (11th Cir. 2011); *Herrera v. Collins*, 506 U.S. 390, 404 (1993) (quoting *Sawyer v. Whitley*, 505 U.S. 333 (1992)).

To establish "actual innocence," Stroman must show that it is more likely than not that "no reasonable juror would have found petitioner guilty beyond a reasonable doubt" without the errors alleged in the petition. *See Rozzelle v. Sec'y, Fla. Dep't of Corr.*, 672 F.3d 1000, 1011 (11th Cir. 2012) (quoting *Schlup v. Delo*, 513 U.S. 298, 324 (1995)). To be credible, "such a claim requires [a] petitioner to support his

allegations of constitutional error with new reliable evidence—whether it be exculpatory scientific evidence, trustworthy eyewitness accounts, or critical physical evidence—that was not presented at trial." *Schlup*, 513 U.S. at 324. Likewise, to satisfy the "miscarriage of justice" exception, Stroman must show that "a constitutional violation has probably resulted in the conviction of one who is actually innocent." *Id.* at 327.

Stroman has failed to meet either of these standards because, among other reasons, he has failed to provide any evidence—let alone new evidence—that would suggest his innocence. *See Rozzelle*, 672 F.3d at 1011. "It is important to note in this regard that 'actual innocence' means factual innocence, not mere legal insufficiency." *Bousley v. United States*, 523 U.S. 614, 623–24 (1998) (citing *Sawyer v. Whitley,* 505 U.S. 333, 339 (1992)). Each of the grounds for relief raised by Stroman assert the legal sufficiency of his conviction due to ineffective assistance of counsel and actions by the state attorney. None of these grounds assert new evidence tending to show that Stroman is actually factually innocent of the crime. Thus, this is not the "rare" case where the actual-innocence exception applies. *McQuiggan v. Perkins*, 599 U.S. 383, 386 (2013). Stroman has not shown that the alleged constitutional violation "probably resulted in the conviction of one who is actually innocent." *Schlup*, 513 U.S. at 327.

2.    <u>Equitable tolling does not apply</u>

The undersigned also considered whether Stroman could take advantage of any equitable tolling arguments.  Under § 2244(d)(1)(D), the time for raising a claim runs from "the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence."    28 U.S.C. § 2244(d)(1)(D).  Thus, the limitations period under § 2244(d)(1)(D) begins when the factual predicate of a claim could have been discovered using due diligence, not when it was actually discovered.  *Melson v. Allen*, 548 F.3d 993, 999 (11th Cir. 2008), *cert. granted, judgment vacated on other grounds*, 561 U.S. 1001 (2010).

In other words, the one-year limitation period may be equitably tolled, but "only if a petitioner establishes both extraordinary circumstances and due diligence." *Diaz v. Sec'y for Dep't of Corr.*, 362 F.3d 698, 702 (11th Cir. 2004).  Petitioner has not alleged either extraordinary circumstances or due diligence.  As with any litigant, *pro se* litigants "are deemed to know of the one-year statute of limitations." *Outler v. United States*, 485 F. 3d 1273, 1282 n. 4 (11th Cir. 2007).  Stroman has not met his burden of showing specific facts or evidence to support a claim of due diligence. *See Brown v. Barrow*, 512 F.3d 1304, 1307 (11th Cir. 2008) ("equitable tolling is an extraordinary remedy which is typically applied sparingly").  Thus, equitable tolling is unavailable to Stroman.

## IV.   CONCLUSION

### A.   *Sua Sponte* Dismissal Is Appropriate Since The Report And Recommendation Provides Notice And An Opportunity To Be Heard

Because the petition is untimely, and Stroman does not meet any of the exceptions excusing this procedural defect, the petition should be dismissed *sua sponte*. A court does not err by *sua sponte* dismissing a § 2254 petition as long as it gives petitioner notice of its decision and an opportunity to be heard in opposition. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019) (holding that the district court did not err by *sua sponte* dismissing plainly untimely § 2254 petition where the court provided the petitioner with "adequate notice and an opportunity to respond" (quotation marks omitted)).

This Report and Recommendation provides Stroman an opportunity to file objections and, thus, affords him both notice and a reasonable opportunity to respond. *Paez*, 947 F.3d at 649 (A petitioner is "provided ample notice and opportunity to explain why his petition was timely in his form petition and again when he was given the opportunity to respond to the magistrate judge's Report and Recommendation that his petition be summarily dismissed as untimely.") (citing *Magouirk v. Phillips*, 144 F.3d 348, 359 (5th Cir. 1998) (holding that plaintiff "was afforded both notice and a reasonable opportunity to oppose" procedural default when he was given an opportunity to object to the magistrate judge's Report and

Recommendation that "placed [him] on notice that procedural default was a potentially dispositive issue")).

Additionally, the undersigned will also direct the clerk to provide the Secretary and the Attorney General's office a copy of the petition and this Report and Recommendation so that the Secretary will also have an opportunity to respond to the Report and Recommendation, including to inform the Court if he intends to waive the timeliness defense. *See Paez*, 947 F.3d at 649.

### B.    An Evidentiary Hearing Is Not Warranted

The undersigned also finds that an evidentiary hearing is not warranted. In deciding whether to grant an evidentiary hearing, this Court must consider "whether such a hearing could enable an applicant to prove the petition's factual allegations, which, if true, would entitle the applicant to federal habeas relief." *Schriro v. Landrigan*, 550 U.S. 465, 474 (2007). Here, because Stroman's petition is time-barred, an evidentiary hearing is not warranted.

### C.    Certificate Of Appealability

Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts provides: "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." If a certificate is issued, "the court must state the specific issue or issues that satisfy the showing required by 28 U.S.C. § 2253(c)(2)." 28 U.S.C. § 2254 Rule 11(a). A timely notice

of appeal must still be filed, even if the court issues a certificate of appealability.  28

U.S.C. § 2254 Rule 11(b).

After review of the record, the Court finds no substantial showing of the denial

of a constitutional right.  § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84

(2000) (explaining how to satisfy this showing) (citation omitted).  Therefore, it is

also recommended that the district court deny a certificate of appealability in its final

order.

The second sentence of Rule 11(a) provides: "Before entering the final order,

the court may direct the parties to submit arguments on whether a certificate should

issue."  Rule 11(a), Rules Governing Section 2254 Cases.  If there is an objection to

this recommendation by either party, that party may bring such argument to the

attention of the district judge in the objections permitted to this report and

recommendation.

Accordingly, it is ORDERED:

1.    The clerk shall serve a copy of the Petition and this Order and Report

and Recommendation and attachments thereto to the Respondent Mark Inch by

providing a copy of same to the Secretary and to the Attorney General.  Despite such

service of the petition, under Rule 4 of the Rules Governing § 2254 Cases and

because the recommendation is that the petition be dismissed, the Respondent may,

but does not have to file an answer, motion, or other response.

2.     The clerk shall attach as exhibits to this Report and Recommendation the state court docket for case number 2013-CF-288215-CF-003843A, filed in Escambia County, and case number 1D16-1857, filed with the First District Court of Appeal.

Additionally, it is respectfully RECOMMENDED:

1.     That the petition be DISMISSED under Habeas Rule 4.

2.     That a certificate of appealability be DENIED.

3.     That the clerk be directed to close the file.

At Pensacola, Florida, this 26th day of March, 2020.

*/s/ Hope Thai Cannon*

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.

Summary    History    Payment Plans    Charges    Citations    Bonds    Emails (0)

Next → (../Details/1047067?digest=5a52B4Y+eKcN6p/I=UY/VA&selectLastTab=true&courtdockerturl=)

← Previous (../Details/2114237?digest=qNLRawxgXUiXxLDr12G/RA&selectLastTab=true&courtdockerturl=)

## ⊟ SUMMARY

| | | |
|---|---|---|
| **Judge:** MILLER, JOHN L | **Court Type:** FELONY | **Case Type:** |
| **Case Number:** 2015 CF 003843 A | **Uniform Case Number:** 172015CF003843XXXAXX | **Status:** CLOSED |
| **Clerk File Date:** 8/31/2015 | **Status Date:** 8/21/2017 | **Waive Speedy Trial:** ☐ |
| **Total Fees Due:** 668.00 | **Booking Number:** | **Agency:** ESCAMBIA COUNTY SHERIFF'S OFFICE |
| **Agency Report Number:** ECSO15023533 | **Custody Location:** ESCAMBIA CO JAIL | |

## ⊟ PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| DEFENDANT | STROMAN, SHASHID SHEMAYNE (/BMWebLatest/Party.aspx/Index/59871423?caseId=2139246&digest=9j1RckM%2FLXAMJuBJWoVlAA) | PD, PUBLIC DEFENDER (Main Attorney) (/BMWebLatest/Party.aspx/Index/14585360?caseID=2139246&digest=VZT7TkI3j%2BnwiVcrG8NgWg) |
| PLAINTIFF | STATE OF FLORIDA | STATE ATTORNEY, DIVISION J (Main Attorney) (/BMWebLatest/Party.aspx/Index/100403916?caseID=2139246&digest=ojeOtLzZpXyBffqShcV%2FpA) |

## ⊟ CHARGES

| | COUNT | DESCRIPTION | LEVEL | DEGREE | PLEA | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|---|
| ⊞ | 1 | BURGL OCCUPIED DWELLING UNARMED (810.02(3a)) | F | S | | GUILTY [G] | 04/19/2016 |
| ⊞ | 2 | NO VALID DRIVERS LICENSE (322.03(1)) | M | S | | GUILTY [G] | 04/19/2016 |

## ⊟ EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 4/19/2016 1:30 PM | SENTENCINGS (/BMWebLatest/CourtDocket.aspx/Cases/170035?digest=nNUY5Znv3r3mK9MZ95ouLg) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 4/1/2016 9:00 AM | MINI DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases/170046?digest=vJ08k%2F1PdLlk5xy02I%2BCRA) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | CONTINUED |
| 3/22/2016 1:30 PM | SENTENCINGS (/BMWebLatest/CourtDocket.aspx/Cases/170034?digest=fl%2BkLj4k7HJc9%2BKI1xG3yA) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 3/16/2016 9:00 AM | CRIMINAL PLEAS & MOTIONS (/BMWebLatest/CourtDocket.aspx/Cases/172285?digest=IK5vxtCl2FgDP5%2FfSm3bO56Q) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 2/23/2016 1:30 PM | SENTENCINGS (/BMWebLatest/CourtDocket.aspx/Cases/170033?digest=oaznu1y4o%2Bky7FADg99LCg) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 2/12/2016 9:00 AM | JURY TRIALS (/BMWebLatest/CourtDocket.aspx/Cases/177319?digest=t8sf3%2BB8o9oow75hLDZN0WQ) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 2/8/2016 8:00 AM | JURY SELECTION (/BMWebLatest/CourtDocket.aspx/Cases/169994?digest=4UmGUA34Qj7x6mvdUGdcXg) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 2/5/2016 9:00 AM | MINI DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases/170045?digest=y0swHnLXZTbfHmhedxVeIA) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 1/27/2016 9:00 AM | DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases/169986?digest=CPnsz52H2Vtj%2Fq9vpXtCwQ) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 12/14/2015 8:00 AM | JURY SELECTION (/BMWebLatest/CourtDocket.aspx/Cases/155888?digest=8x%2BO6pW9sDNECJQ9IgwiaA) | GOODMAN, ROSS | M.C. BLANCHARD JUDICIAL BUILDING | |
| 12/7/2015 8:00 AM | JURY SELECTION (/BMWebLatest/CourtDocket.aspx/Cases/155887?digest=wwNc6BlQkcs3Ufl%2FbnPIHg) | GOODMAN, ROSS | M.C. BLANCHARD JUDICIAL BUILDING | |
| 12/4/2015 9:00 AM | MINI DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases/159291?digest=sLYOPdEGpk%2FcfqS7Z0iZpw) | GOODMAN, ROSS | M.C. BLANCHARD JUDICIAL BUILDING | |
| 11/24/2015 9:00 AM | DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases/155875?digest=x9qk0YI8BYJ6lzH0mLShAA) | GOODMAN, ROSS | M.C. BLANCHARD JUDICIAL BUILDING | |
| 9/18/2015 8:30 AM | ARRAIGNMENTS (/BMWebLatest/CourtDocket.aspx/Cases/158215?digest=rFBJAYJ5jW47AwdxFm%2FL5Q) | JONES, MICHAEL | M.C. BLANCHARD JUDICIAL BUILDING | |

## ⊟ OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | CF22 | FELONY COURT COSTS | $518.00 | $0.00 | $0.00 | $518.00 | | |
| 1 | CF44 | COURT APPOINTED ATTORNEY FEE | $100.00 | $0.00 | $0.00 | $100.00 | | |
| 1 | CF55 | INDIGENT PD APPLICATION FEE $50 | $50.00 | $0.00 | $0.00 | $50.00 | | |
| | | | | | Total Outstanding: | $668.00 | | |

## ⊟ RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| | No Receipts on Case | |

## ⊟ CASE DOCKETS

| | DATE | ENTRY |
|---|---|---|
| Request | 8/21/2017 | ORDER DENYING MOTION TO MITIGATE SENTENCE |
| Request | 8/18/2017 | PRO SE MOTION TO MITIGATE SENTENCE |
| Request | 7/6/2017 | MANDATE AND OPINION FROM DISTRICT COURT AFFIRMED DCA# 1D16-1857 |
| Request | 10/27/2016 | SUPPLEMENTAL RECORD ON APPEAL PREPARED AND TRANSMITTED TO DISTRICT COURT, MAILED TO ATTORNEY GENERAL DCA# 1D16-1857 |
| | 10/20/2016 | SUPPLEMENTAL DISPOSITION SENT TO TCATS - A3NWEGE |
| | 10/20/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| Request | 9/29/2016 | TRANSCRIPT OF PROCEEDINGS HELD: 2/8/16 AND 2/12/16 CORRECTED VOLUME 2 OF 2 PAGES 199-317 |

| | DATE | ENTRY |
|---|---|---|

| | Date | Entry |
|---|---|---|
| Request | 9/27/2016 | ORDER FROM DISTRICT COURT GRANTING MOTION TO SUPPLEMENT THE RECORD DCA# 1D16-1857 |
| Request | 9/27/2016 | SUPPLEMENTAL DESIGNATION TO COURT REPORTER AND DIRECTIONS TO THE CLERK |
| Request | 9/26/2016 | MOTION TO SUPPLEMENT THE RECORD |
| Request | 6/21/2016 | FILED DESIGNATION OF PUBLIC DEFENDER 2ND JUDICIAL COURT FOR HANDLING OF APPEAL |
| Request | 6/13/2016 | APPEAL RECORD PICKED UP BY ATTORNEY/PUBLIC DEFENDER (RECEIPT FILED) |
| Request | 6/10/2016 | RECORD ON APPEAL PREPARED AND TRANSMITTED TO DISTRICT COURT, MAILED TO ATTORNEY GENERAL DCA# 1D16-1857 |
| Request | 6/10/2016 | STATE EXHIBIT 5 CERTIFIED COURT RECORDS OF PRIOR CONVICTIONS FILED 4/19/16 |
| Request | 6/10/2016 | STATE EXHIBIT 4 PRIOR CONVICTION FOR BURGLARY 2007 CJ 254 C FILED 4/19/16 |
| Request | 6/10/2016 | STATE EXHIBIT 3 PRIOR CONVICTION FOR BURGLARY 2009 CF 2498 B FILED 4/19/16 |
| Request | 6/10/2016 | STATE EXHIBIT 2 PENITENTIARY PACK FILED 4/19/16 |
| Request | 6/10/2016 | STATE EXHIBIT 1 LETTER FROM VICTIM, STEFANIE PEZZINO FILED 4/19/16 |
| Request | 6/10/2016 | STATE EXHIBIT 83 FDLE DNA RESULTS FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 81-82 FDLE LAB REPORT FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBIT 80 CERTIFIED COPY OF DRIVING RECORD |
| Request | 6/10/2016 | STATE EXHIBIT 76-77 PHOTOS OF QUONTAE LANG FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBIT 74 PHOTO OF SILVER LEXUS FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 61-73 PHOTOS OF CRIME SCENE FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 53-60 PHOTOS OF SILVER LEXUS FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 11-48 PHOTOS OF CRIME SCENE FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 9-10 PHOTOS OF FLOORBOARD FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBIT 6 BOOKING PHOTO OF THE PASSENGER FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBIT 5 DEMONSTRATIVE EXHIBIT - PHOTO FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 2-4 PHOTOS OF HOUSE FILED 2/12/16 |
| Request | 5/20/2016 | FILE TRANSCRIPT OF PROCEEDINGS HELD: 2/8/16 & 2/12/16 VOLUME 2 OF 2 PAGES 199-306 |
| Request | 5/20/2016 | FILE TRANSCRIPT OF PROCEEDINGS HELD: 2/8/16 & 2/12/16 VOLUME 1 OF 2 PAGES 1-198 |
| Request | 5/12/2016 | FILE TRANSCRIPT OF PROCEEDINGS HELD: 4/19/16 |
| Request | 5/10/2016 | MAIL RETURNED BY POST OFFICE AS UNDELIVERABLE |
| Request | 4/28/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 4/27/2016 | CERTIFIED COPY OF JUDGMENT - Recorded (OR.7513.1911 / 2016030494) |
| Request | 4/26/2016 | JUDGMENT AND SENTENCE - Recorded (OR.7513.946 / 2016030227) |
| Request | 4/25/2016 | DISTRICT COURT RECEIPT LETTER FILED, DCA # 1D16-1857 |
| | 4/25/2016 | DEFENSE ATTORNEY: PD, PUBLIC DEFENDER ASSIGNED |
| | 4/22/2016 | CERTIFIED COPY OF JUDGMENT |
| | 4/22/2016 | CIVIL LIEN FOR UNPAID FINES & COSTS IN THE AMOUNT OF $668.00 |
| Request | 4/22/2016 | JUDGMENT AND SENTENCE |
| Request | 4/22/2016 | FILE ORDER DIRECTING COURT REPORTER TO TRANSCRIBE |
| Request | 4/22/2016 | ORDER GRANTING MOTION TO WITHDRAW AND APPOINTMENT OF PUBLIC DEFENDER |
| Request | 4/22/2016 | ORDER OF INSOLVENCY AND APPOINTMENT OF PUBLIC DEFENDER |
| | 4/21/2016 | DISPOSITION SENT TO TCATS - A3NWEGE |
| | 4/21/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| Request | 4/21/2016 | MOTION FOR ORDER OF INSOLVENCY |
| Request | 4/21/2016 | MOTION TO TRANSCRIBE |
| Request | 4/21/2016 | MOTION TO WITHDRAW |
| Request | 4/21/2016 | STATEMENT OF JUDICIAL ACTS TO BE REVIEWED FILED |
| Request | 4/21/2016 | FILED DIRECTIONS TO THE CLERK |
| Request | 4/21/2016 | NOTICE OF APPEAL |
| Request | 4/21/2016 | PROPOSED JUDGMENT AND SENTENCE |
| | 4/21/2016 | FINAL JUDGMENT FOR FINE & COST PREPARED AND SENT TO JUDGE FOR SIGNATURE |
| | 4/21/2016 | COMPLIANCE CREATED: COLLECTIONS DEPARTMENT COMPLIANCE REQUIRED BY: 08/26/2030 |
| Request | 4/19/2016 | EXHIBIT LIST FILED |

| | | ENTRY |
|---|---|---|
| Request | 4/19/2016 | FILED NOTE-"DEFT REFUSED TO SEE ATTORNEY" |
| Request | 4/19/2016 | COURT WORKSHEET FILED |
| Request | 4/19/2016 | CRIMINAL PUNISHMENT CODES/GUIDELINES SCORESHEET FILED, DC#: P41564 |
| | 4/19/2016 | JUDGE MILLER |
| Request | 4/15/2016 | WAIVER OF ARRAIGNMENT, PLEA OF NOT GUILTY & NOTICE OF APPEARANCE FILED BY: JEREMY EARLY |
| Request | 4/12/2016 | CORRESPONDENCE FILED |
| Request | 4/1/2016 | HEARING WORKSHEET FILED |
| | 4/1/2016 | SENTENCINGS SET FOR 04/19/2016 AT 1:30 PM IN MC/ , JDG: MILLER, JOHN L |
| Request | 3/30/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| | 3/23/2016 | MINI DOCKET DAY SET FOR 04/01/2016 AT 9:00 AM IN MC/ , JDG: MILLER, JOHN L |
| Request | 3/22/2016 | HEARING WORKSHEET FILED |
| | 3/21/2016 | DEFENSE ATTORNEY: EARLY, JEREMY GLEN ASSIGNED |
| Request | 3/21/2016 | NOTICE TO ATTORNEY OF APPOINTMENT OF COUNSEL FILED |
| Request | 3/17/2016 | ORDER GRANTING MOTION TO WITHDRAW & APPOINT COURT APPOINTED ATTORNEY JEREMY EARLY |
| Request | 3/16/2016 | FILED ENVELOPE FROM JUDGE MILLER WITH NOTE |
| Request | 3/16/2016 | MOTION TO WITHDRAW FILED |
| Request | 3/16/2016 | NOTICE TO ATTORNEY OF APPOINTMENT OF COUNSEL FILED |
| | 3/16/2016 | DEFENSE ATTORNEY: CRIMINAL, CONFLICT COUNSEL ASSIGNED |
| | 3/16/2016 | PD ALLOWED TO WITHDRAW |
| Request | 3/16/2016 | HEARING WORKSHEET FILED |
| | 3/11/2016 | CRIMINAL PLEAS & MOTIONS SET FOR 03/16/2016 AT 9:00 AM IN MC/ , JDG: MILLER, JOHN L |
| Request | 3/11/2016 | NOTICE OF HEARING FILED 3/16/2016 9AM |
| Request | 3/9/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 3/7/2016 | CORRESPONDENCE FILED |
| Request | 3/7/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| | 2/24/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| | 2/24/2016 | SENTENCINGS SET FOR 03/22/2016 AT 1:30 PM IN MC/ , JDG: MILLER, JOHN L |
| Request | 2/23/2016 | HEARING WORKSHEET FILED |
| Request | 2/23/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/19/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/19/2016 | NOTICE OF INTENT TO RELY ON CERTIFIED RECORDS FILED |
| | 2/18/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| | 2/16/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| | 2/16/2016 | DEFENSE ATTORNEY: SELF ASSIGNED |
| | 2/12/2016 | CASE CLOSED |
| | 2/12/2016 | DEFENDANT ENTERED PLEA OF NOT GUILTY SEQ 2 |
| | 2/12/2016 | DEFENDANT ENTERED PLEA OF NOT GUILTY SEQ 1 |
| Request | 2/12/2016 | JURY/JUDGE TRIAL WORKSHEET FILED |
| Request | 2/12/2016 | FILED TRANSCRIPT OF PROCEEDINGS HELD FEBRUARY 5, 2016 |
| Request | 2/12/2016 | FILED TRANSCRIPT OF PROCEEDINGS HELD JANUARY 27, 2016 |
| Request | 2/12/2016 | FILED TRANSCRIPT OF PROCEEDINGS HELD DECEMBER 4, 2015 |
| Request | 2/12/2016 | FILED TRANSCRIPT OF PROCEEDINGS HELD NOVEMBER 24, 2015 |
| Request | 2/12/2016 | DEPOSITION OF: CRISTA A. POPE |
| Request | 2/12/2016 | DEPOSITION OF: STEFANIE A. PEZZINO |
| Request | 2/12/2016 | CASE LAW FILED |
| Request | 2/12/2016 | EXHIBIT LIST FILED |
| Request | 2/12/2016 | JURY INSTRUCTIONS FILED |
| Request | 2/12/2016 | WITNESS WORKSHEET FILED |
| Request | 2/12/2016 | JURY JUDGMENT FILED |
| Request | 2/12/2016 | JURY VERDICT FILED |
| | 2/12/2016 | SENTENCINGS SET FOR 02/23/2016 AT 1:30 PM IN MC/ , JDG: MILLER, JOHN L |
| | 2/12/2016 | DEFENDANT ENTERED PLEA OF NOT GUILTY SEQ 2 |
| | 2/12/2016 | DEFENDANT ENTERED PLEA OF NOT GUILTY SEQ 1 |

| | DATE ENTRY | |
|---|---|---|
| Request | 2/11/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/11/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/11/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/10/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/10/2016 | NOTICE OF INTENT TO RELY ON CERTIFIED RECORDS |
| Request | 2/10/2016 | NOTICE OF INTENT TO RELY ON CERTIFIED RECORDS |
| | 2/8/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| | 2/8/2016 | JURY TRIALS SET FOR 02/12/2016 AT 9:00 AM IN MC/ , JDG: MILLER, JOHN L |
| Request | 2/8/2016 | JURY SELECTED, WORKSHEET FILED |
| Request | 2/8/2016 | HEARING WORKSHEET FILED |
| | 2/8/2016 | FILED SEQ: 2 - (322.03(1)) NO VALID DRIVERS LICENSE |
| | 2/8/2016 | FILED SEQ: 1 - (810.02(3A)) BURGL OCCUPIED DWELLING UNARMED |
| Request | 2/8/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/8/2016 | AMENDED INFORMATION FILED |
| | 2/5/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| Request | 2/5/2016 | NOTICE OF DEFENDANT'S QUALIFICATION AS PRISON RELEASE REOFFENDER |
| | 2/5/2016 | JURY SELECTION SET FOR 02/08/2016 AT 8:00 AM IN MC/ , JDG: MILLER, JOHN L |
| Request | 2/5/2016 | HEARING WORKSHEET FILED |
| Request | 2/5/2016 | AMENDED INFORMATION FILED |
| Request | 2/3/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/2/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| | 1/27/2016 | MINI DOCKET DAY SET FOR 02/05/2016 AT 9:00 AM IN MC/ , JDG: MILLER, JOHN L |
| Request | 1/27/2016 | HEARING WORKSHEET FILED |
| Request | 1/20/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 1/13/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| | 12/16/2015 | DOCKET DAY SET FOR 01/27/2016 AT 9:00 AM IN MC/ , JDG: GOODMAN, ROSS |
| Request | 12/14/2015 | HEARING WORKSHEET FILED |
| | 12/8/2015 | JURY SELECTION SET FOR 12/14/2015 AT 8:00 AM IN MC/ , JDG: GOODMAN, ROSS |
| Request | 12/7/2015 | HEARING WORKSHEET FILED |
| | 12/4/2015 | JURY SELECTION SET FOR 12/07/2015 AT 8:00 AM IN MC/ , JDG: GOODMAN, ROSS |
| Request | 12/4/2015 | HEARING WORKSHEET FILED |
| Request | 11/24/2015 | HEARING WORKSHEET FILED |
| | 11/24/2015 | MINI DOCKET DAY SET FOR 12/04/2015 AT 9:00 AM IN MC/ , JDG: GOODMAN, ROSS |
| Request | 10/26/2015 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 9/25/2015 | DISCOVERY EXHIBIT FILED |
| Request | 9/25/2015 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 9/25/2015 | AMENDED DISCOVERY EXHIBIT FILED |
| | 9/18/2015 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| Request | 9/18/2015 | INFORMATION AND DEMAND FOR NOTICE OF ALIBI FILED |
| Request | 9/18/2015 | HEARING WORKSHEET FILED |
| | 9/18/2015 | DOCKET DAY SET FOR 11/24/2015 AT 9:00 AM IN MC/ , JDG: GOODMAN, ROSS |
| Request | 9/17/2015 | INFORMATION AND DEMAND FOR NOTICE OF ALIBI FILED |
| | 9/3/2015 | ADD SENT TO TCATS - A3NWEGE |
| Request | 9/2/2015 | CITATION FILED |
| Request | 8/31/2015 | NONADVERSARIAL PROBABLE CAUSE DETERMINATION RULE 3.133 FILED |
| | 8/31/2015 | BOND SET |
| | 8/31/2015 | PUBLIC DEFENDER APPOINTED |
| Request | 8/31/2015 | INITIAL VIDEO/WEEKEND/HOLIDAY APP HELD FOR ORIG CHGS W/ FOLLOWING ACTION TAKEN BY THE COURT ON 8/29/2015 |
| | 8/31/2015 | DEFENSE ATTORNEY: PD, PUBLIC DEFENDER ASSIGNED |
| | 8/31/2015 | JUDGE GOODMAN, ROSS: ASSIGNED |
| Request | 8/31/2015 | ARREST REPORT FILED |
| | 8/31/2015 | ARREST DATE: 8/28/2015 |
| | 8/31/2015 | ARRAIGNMENTS SET FOR 09/18/2015 AT 8:30 AM IN MC/ , JDG: JONES, MICHAEL |
| | 8/31/2015 | CASE FILED 08/31/2015 CASE NUMBER 2015 CF 003843 A |
| | 8/28/2015 | ARREST SEQ: 1 - (322.34(2A)) DRIVING WHILE LICENSE SUSPENDED FIRST CONVICTION |

| | | DATE | ENTRY |
|---|---|---|---|
| | | 8/28/2015 | ARREST SEQ: 2 - (810.02(3A)) BURGL OCCUPIED DWELLING UNARMED |



Next → (../Details/1047067?digest=5a52B4Y+eKcN6p/I=UY/VA&selectLastTab=true&courtdockerturl=)

← Previous (../Details/2114237?digest=qNLRawxgXUiXxLDr12G/RA&selectLastTab=true&courtdockerturl=)

## ☐ SUMMARY

| | | |
|---|---|---|
| **Judge:** MILLER, JOHN L | **Court Type:** FELONY | **Case Type:** |
| **Case Number:** 2015 CF 003843 A | **Uniform Case Number:** 172015CF003843XXXAXX | **Status:** CLOSED |
| **Clerk File Date:** 8/31/2015 | **Status Date:** 8/21/2017 | **Waive Speedy Trial:** ☐ |
| **Total Fees Due:** 668.00 | **Booking Number:** | **Agency:** ESCAMBIA COUNTY SHERIFF'S OFFICE |
| **Agency Report Number:** ECSO15023533 | **Custody Location:** ESCAMBIA CO JAIL | |

## ☐ PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| DEFENDANT | STROMAN, SHASHID SHEMAYNE (/BMWebLatest/Party.aspx/Index /59871423?caseId=2139246&digest=9j1RckM%2FLXAMJuBJWoVIAA) | ⚠ PD, PUBLIC DEFENDER (Main Attorney) (/BMWebLatest/Party.aspx /Index/14585360?caseID=2139246&digest=VZT7TkI3j%2BnwiVcrG8NgWg) |
| PLAINTIFF | STATE OF FLORIDA | ⚠ STATE ATTORNEY, DIVISION J (Main Attorney) (/BMWebLatest /Party.aspx/Index/100403916?caseID=2139246& digest=ojeOtLzZpXyBffqShcV%2FpA) |

## ☐ CHARGES

| | COUNT | DESCRIPTION | LEVEL | DEGREE | PLEA | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|---|
| ⊞ | 1 | BURGL OCCUPIED DWELLING UNARMED (810.02(3a)) | F | S | | GUILTY [G] | 04/19/2016 |
| ⊞ | 2 | NO VALID DRIVERS LICENSE (322.03(1)) | M | S | | GUILTY [G] | 04/19/2016 |

## ☐ EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 4/19/2016 1:30 PM | SENTENCINGS (/BMWebLatest/CourtDocket.aspx/Cases /170035?digest=nNUY5Znv3r3mK9MZ95ouLg) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 4/1/2016 9:00 AM | MINI DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases /170046?digest=vJ08k%2F1PdLlk5xy02t%2BCRA) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | CONTINUED |
| 3/22/2016 1:30 PM | SENTENCINGS (/BMWebLatest/CourtDocket.aspx/Cases /170034?digest=fl%2BkLJ4k7HJc9%2BKI1xG3yA) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 3/16/2016 9:00 AM | CRIMINAL PLEAS & MOTIONS (/BMWebLatest/CourtDocket.aspx/Cases /172285?digest=lK5vxtCl2FgDP5%2FfSm3bO56Q) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 2/23/2016 1:30 PM | SENTENCINGS (/BMWebLatest/CourtDocket.aspx/Cases /170033?digest=oaznu1y4o%2Bky7FADg99LCg) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 2/12/2016 9:00 AM | JURY TRIALS (/BMWebLatest/CourtDocket.aspx/Cases /177319?digest=t8sf3%2BBo9oow75hLDZN0WQ) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 2/8/2016 8:00 AM | JURY SELECTION (/BMWebLatest/CourtDocket.aspx/Cases /169994?digest=4UmGUA34Qj7x6mvdUGdcXg) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 2/5/2016 9:00 AM | MINI DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases /170045?digest=y0swHnLXZTbfHmhedxVeIA) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 1/27/2016 9:00 AM | DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases /169986?digest=CPnsz52H2Vtj%2Fq9vpXtCwQ) | MILLER, JOHN L | M.C. BLANCHARD JUDICIAL BUILDING | |
| 12/14/2015 8:00 AM | JURY SELECTION (/BMWebLatest/CourtDocket.aspx/Cases /155888?digest=8x%2BO6pW9sDNECJQ9IgwiaA) | GOODMAN, ROSS | M.C. BLANCHARD JUDICIAL BUILDING | |
| 12/7/2015 8:00 AM | JURY SELECTION (/BMWebLatest/CourtDocket.aspx/Cases /155887?digest=wwNc6BlQkcs3Ufl%2FbnPIHg) | GOODMAN, ROSS | M.C. BLANCHARD JUDICIAL BUILDING | |
| 12/4/2015 9:00 AM | MINI DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases /159291?digest=sLYOPdEGpk%2FcfqS7Z0iZpw) | GOODMAN, ROSS | M.C. BLANCHARD JUDICIAL BUILDING | |
| 11/24/2015 9:00 AM | DOCKET DAY (/BMWebLatest/CourtDocket.aspx/Cases /155875?digest=x9qk0YI8BYJ6IzH0mLShAA) | GOODMAN, ROSS | M.C. BLANCHARD JUDICIAL BUILDING | |
| 9/18/2015 8:30 AM | ARRAIGNMENTS (/BMWebLatest/CourtDocket.aspx/Cases /158215?digest=rFBJAYJ5jW47AwdxFm%2FL5Q) | JONES, MICHAEL | M.C. BLANCHARD JUDICIAL BUILDING | |

## ☐ OUTSTANDING AMOUNT

| COUNT | CODE | DESCRIPTION | ASSESSMENT | PAID | WAIVED | BALANCE | PAYMENT PLAN / JUDGMENT | DUE DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | CF22 | FELONY COURT COSTS | $518.00 | $0.00 | $0.00 | $518.00 | | |
| 1 | CF44 | COURT APPOINTED ATTORNEY FEE | $100.00 | $0.00 | $0.00 | $100.00 | | |
| 1 | CF55 | INDIGENT PD APPLICATION FEE $50 | $50.00 | $0.00 | $0.00 | $50.00 | | |
| | | | | | Total Outstanding: | $668.00 | | |

## ☐ RECEIPTS

| DATE | RECEIPT # | APPLIED AMOUNT |
|---|---|---|
| | No Receipts on Case | |

## ☐ CASE DOCKETS

| | DATE | ENTRY |
|---|---|---|
| Request | 8/21/2017 | ORDER DENYING MOTION TO MITIGATE SENTENCE |
| Request | 8/18/2017 | PRO SE MOTION TO MITIGATE SENTENCE |
| Request | 7/6/2017 | MANDATE AND OPINION FROM DISTRICT COURT AFFIRMED DCA# 1D16-1857 |
| Request | 10/27/2016 | SUPPLEMENTAL RECORD ON APPEAL PREPARED AND TRANSMITTED TO DISTRICT COURT, MAILED TO ATTORNEY GENERAL DCA# 1D16-1857 |
| | 10/20/2016 | SUPPLEMENTAL DISPOSITION SENT TO TCATS - A3NWEGE |
| | 10/20/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| Request | 9/29/2016 | TRANSCRIPT OF PROCEEDINGS HELD: 2/8/16 AND 2/12/16 CORRECTED VOLUME 2 OF 2 PAGES 199-317 |

| | DATE | ENTRY |
|---|---|---|

| | | ENTRY |
|---|---|---|
| Request | 9/27/2016 | ORDER FROM DISTRICT COURT GRANTING MOTION TO SUPPLEMENT THE RECORD DCA# 1D16-1857 |
| Request | 9/27/2016 | SUPPLEMENTAL DESIGNATION TO COURT REPORTER AND DIRECTIONS TO THE CLERK |
| Request | 9/26/2016 | MOTION TO SUPPLEMENT THE RECORD |
| Request | 6/21/2016 | FILED DESIGNATION OF PUBLIC DEFENDER 2ND JUDICIAL COURT FOR HANDLING OF APPEAL |
| Request | 6/13/2016 | APPEAL RECORD PICKED UP BY ATTORNEY/PUBLIC DEFENDER (RECEIPT FILED) |
| Request | 6/10/2016 | RECORD ON APPEAL PREPARED AND TRANSMITTED TO DISTRICT COURT, MAILED TO ATTORNEY GENERAL DCA# 1D16-1857 |
| Request | 6/10/2016 | STATE EXHIBIT 5 CERTIFIED COURT RECORDS OF PRIOR CONVICTIONS FILED 4/19/16 |
| Request | 6/10/2016 | STATE EXHIBIT 4 PRIOR CONVICTION FOR BURGLARY 2007 CJ 254 C FILED 4/19/16 |
| Request | 6/10/2016 | STATE EXHIBIT 3 PRIOR CONVICTION FOR BURGLARY 2009 CF 2498 B FILED 4/19/16 |
| Request | 6/10/2016 | STATE EXHIBIT 2 PENITENTIARY PACK FILED 4/19/16 |
| Request | 6/10/2016 | STATE EXHIBIT 1 LETTER FROM VICTIM, STEFANIE PEZZINO FILED 4/19/16 |
| Request | 6/10/2016 | STATE EXHIBIT 83 FDLE DNA RESULTS FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 81-82 FDLE LAB REPORT FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBIT 80 CERTIFIED COPY OF DRIVING RECORD |
| Request | 6/10/2016 | STATE EXHIBIT 76-77 PHOTOS OF QUONTAE LANG FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBIT 74 PHOTO OF SILVER LEXUS FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 61-73 PHOTOS OF CRIME SCENE FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 53-60 PHOTOS OF SILVER LEXUS FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 11-48 PHOTOS OF CRIME SCENE FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 9-10 PHOTOS OF FLOORBOARD FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBIT 6 BOOKING PHOTO OF THE PASSENGER FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBIT 5 DEMONSTRATIVE EXHIBIT - PHOTO FILED 2/12/16 |
| Request | 6/10/2016 | STATE EXHIBITS 2-4 PHOTOS OF HOUSE FILED 2/12/16 |
| Request | 5/20/2016 | FILE TRANSCRIPT OF PROCEEDINGS HELD: 2/8/16 & 2/12/16 VOLUME 2 OF 2 PAGES 199-306 |
| Request | 5/20/2016 | FILE TRANSCRIPT OF PROCEEDINGS HELD: 2/8/16 & 2/12/16 VOLUME 1 OF 2 PAGES 1-198 |
| Request | 5/12/2016 | FILE TRANSCRIPT OF PROCEEDINGS HELD: 4/19/16 |
| Request | 5/10/2016 | MAIL RETURNED BY POST OFFICE AS UNDELIVERABLE |
| Request | 4/28/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 4/27/2016 | CERTIFIED COPY OF JUDGMENT - Recorded (OR.7513.1911 / 2016030494) |
| Request | 4/26/2016 | JUDGMENT AND SENTENCE - Recorded (OR.7513.946 / 2016030227) |
| Request | 4/25/2016 | DISTRICT COURT RECEIPT LETTER FILED, DCA # 1D16-1857 |
| | 4/25/2016 | DEFENSE ATTORNEY: PD, PUBLIC DEFENDER ASSIGNED |
| | 4/22/2016 | CERTIFIED COPY OF JUDGMENT |
| | 4/22/2016 | CIVIL LIEN FOR UNPAID FINES & COSTS IN THE AMOUNT OF $668.00 |
| Request | 4/22/2016 | JUDGMENT AND SENTENCE |
| Request | 4/22/2016 | FILE ORDER DIRECTING COURT REPORTER TO TRANSCRIBE |
| Request | 4/22/2016 | ORDER GRANTING MOTION TO WITHDRAW AND APPOINTMENT OF PUBLIC DEFENDER |
| Request | 4/22/2016 | ORDER OF INSOLVENCY AND APPOINTMENT OF PUBLIC DEFENDER |
| | 4/21/2016 | DISPOSITION SENT TO TCATS - A3NWEGE |
| | 4/21/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| Request | 4/21/2016 | MOTION FOR ORDER OF INSOLVENCY |
| Request | 4/21/2016 | MOTION TO TRANSCRIBE |
| Request | 4/21/2016 | MOTION TO WITHDRAW |
| Request | 4/21/2016 | STATEMENT OF JUDICIAL ACTS TO BE REVIEWED FILED |
| Request | 4/21/2016 | FILED DIRECTIONS TO THE CLERK |
| Request | 4/21/2016 | NOTICE OF APPEAL |
| Request | 4/21/2016 | PROPOSED JUDGMENT AND SENTENCE |
| | 4/21/2016 | FINAL JUDGMENT FOR FINE & COST PREPARED AND SENT TO JUDGE FOR SIGNATURE |
| | 4/21/2016 | COMPLIANCE CREATED: COLLECTIONS DEPARTMENT COMPLIANCE REQUIRED BY: 08/26/2030 |
| Request | 4/19/2016 | EXHIBIT LIST FILED |

| | | ENTRY |
|---|---|---|
| Request | 4/19/2016 | FILED NOTE-"DEFT REFUSED TO SEE ATTORNEY" |
| Request | 4/19/2016 | COURT WORKSHEET FILED |
| Request | 4/19/2016 | CRIMINAL PUNISHMENT CODES/GUIDELINES SCORESHEET FILED, DC#: P41564 |
| | 4/19/2016 | JUDGE MILLER |
| Request | 4/15/2016 | WAIVER OF ARRAIGNMENT, PLEA OF NOT GUILTY & NOTICE OF APPEARANCE FILED BY: JEREMY EARLY |
| Request | 4/12/2016 | CORRESPONDENCE FILED |
| Request | 4/1/2016 | HEARING WORKSHEET FILED |
| | 4/1/2016 | SENTENCINGS SET FOR 04/19/2016 AT 1:30 PM IN MC/ , JDG: MILLER, JOHN L |
| Request | 3/30/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| | 3/23/2016 | MINI DOCKET DAY SET FOR 04/01/2016 AT 9:00 AM IN MC/ , JDG: MILLER, JOHN L |
| Request | 3/22/2016 | HEARING WORKSHEET FILED |
| | 3/21/2016 | DEFENSE ATTORNEY: EARLY, JEREMY GLEN ASSIGNED |
| Request | 3/21/2016 | NOTICE TO ATTORNEY OF APPOINTMENT OF COUNSEL FILED |
| Request | 3/17/2016 | ORDER GRANTING MOTION TO WITHDRAW & APPOINT COURT APPOINTED ATTORNEY JEREMY EARLY |
| Request | 3/16/2016 | FILED ENVELOPE FROM JUDGE MILLER WITH NOTE |
| Request | 3/16/2016 | MOTION TO WITHDRAW FILED |
| Request | 3/16/2016 | NOTICE TO ATTORNEY OF APPOINTMENT OF COUNSEL FILED |
| | 3/16/2016 | DEFENSE ATTORNEY: CRIMINAL, CONFLICT COUNSEL ASSIGNED |
| | 3/16/2016 | PD ALLOWED TO WITHDRAW |
| Request | 3/16/2016 | HEARING WORKSHEET FILED |
| | 3/11/2016 | CRIMINAL PLEAS & MOTIONS SET FOR 03/16/2016 AT 9:00 AM IN MC/ , JDG: MILLER, JOHN L |
| Request | 3/11/2016 | NOTICE OF HEARING FILED 3/16/2016 9AM |
| Request | 3/9/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 3/7/2016 | CORRESPONDENCE FILED |
| Request | 3/7/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| | 2/24/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| | 2/24/2016 | SENTENCINGS SET FOR 03/22/2016 AT 1:30 PM IN MC/ , JDG: MILLER, JOHN L |
| Request | 2/23/2016 | HEARING WORKSHEET FILED |
| Request | 2/23/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/19/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/19/2016 | NOTICE OF INTENT TO RELY ON CERTIFIED RECORDS FILED |
| | 2/18/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| | 2/16/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| | 2/16/2016 | DEFENSE ATTORNEY: SELF ASSIGNED |
| | 2/12/2016 | CASE CLOSED |
| | 2/12/2016 | DEFENDANT ENTERED PLEA OF NOT GUILTY SEQ 2 |
| | 2/12/2016 | DEFENDANT ENTERED PLEA OF NOT GUILTY SEQ 1 |
| Request | 2/12/2016 | JURY/JUDGE TRIAL WORKSHEET FILED |
| Request | 2/12/2016 | FILED TRANSCRIPT OF PROCEEDINGS HELD FEBRUARY 5, 2016 |
| Request | 2/12/2016 | FILED TRANSCRIPT OF PROCEEDINGS HELD JANUARY 27, 2016 |
| Request | 2/12/2016 | FILED TRANSCRIPT OF PROCEEDINGS HELD DECEMBER 4, 2015 |
| Request | 2/12/2016 | FILED TRANSCRIPT OF PROCEEDINGS HELD NOVEMBER 24, 2015 |
| Request | 2/12/2016 | DEPOSITION OF: CRISTA A. POPE |
| Request | 2/12/2016 | DEPOSITION OF: STEFANIE A. PEZZINO |
| Request | 2/12/2016 | CASE LAW FILED |
| Request | 2/12/2016 | EXHIBIT LIST FILED |
| Request | 2/12/2016 | JURY INSTRUCTIONS FILED |
| Request | 2/12/2016 | WITNESS WORKSHEET FILED |
| Request | 2/12/2016 | JURY JUDGMENT FILED |
| Request | 2/12/2016 | JURY VERDICT FILED |
| | 2/12/2016 | SENTENCINGS SET FOR 02/23/2016 AT 1:30 PM IN MC/ , JDG: MILLER, JOHN L |
| | 2/12/2016 | DEFENDANT ENTERED PLEA OF NOT GUILTY SEQ 2 |
| | 2/12/2016 | DEFENDANT ENTERED PLEA OF NOT GUILTY SEQ 1 |

| | | |
|---|---|---|
| Request | 2/11/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/11/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/11/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/10/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/10/2016 | NOTICE OF INTENT TO RELY ON CERTIFIED RECORDS |
| Request | 2/10/2016 | NOTICE OF INTENT TO RELY ON CERTIFIED RECORDS |
| | 2/8/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| | 2/8/2016 | JURY TRIALS SET FOR 02/12/2016 AT 9:00 AM IN MC/ , JDG: MILLER, JOHN L |
| Request | 2/8/2016 | JURY SELECTED, WORKSHEET FILED |
| Request | 2/8/2016 | HEARING WORKSHEET FILED |
| | 2/8/2016 | FILED SEQ: 2 - (322.03(1)) NO VALID DRIVERS LICENSE |
| | 2/8/2016 | FILED SEQ: 1 - (810.02(3A)) BURGL OCCUPIED DWELLING UNARMED |
| Request | 2/8/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/8/2016 | AMENDED INFORMATION FILED |
| | 2/5/2016 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| Request | 2/5/2016 | NOTICE OF DEFENDANT'S QUALIFICATION AS PRISON RELEASE REOFFENDER |
| | 2/5/2016 | JURY SELECTION SET FOR 02/08/2016 AT 8:00 AM IN MC/ , JDG: MILLER, JOHN L |
| Request | 2/5/2016 | HEARING WORKSHEET FILED |
| Request | 2/5/2016 | AMENDED INFORMATION FILED |
| Request | 2/3/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 2/2/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| | 1/27/2016 | MINI DOCKET DAY SET FOR 02/05/2016 AT 9:00 AM IN MC/ , JDG: MILLER, JOHN L |
| Request | 1/27/2016 | HEARING WORKSHEET FILED |
| Request | 1/20/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 1/13/2016 | AMENDED DISCOVERY EXHIBIT FILED |
| | 12/16/2015 | DOCKET DAY SET FOR 01/27/2016 AT 9:00 AM IN MC/ , JDG: GOODMAN, ROSS |
| Request | 12/14/2015 | HEARING WORKSHEET FILED |
| | 12/8/2015 | JURY SELECTION SET FOR 12/14/2015 AT 8:00 AM IN MC/ , JDG: GOODMAN, ROSS |
| Request | 12/7/2015 | HEARING WORKSHEET FILED |
| | 12/4/2015 | JURY SELECTION SET FOR 12/07/2015 AT 8:00 AM IN MC/ , JDG: GOODMAN, ROSS |
| Request | 12/4/2015 | HEARING WORKSHEET FILED |
| Request | 11/24/2015 | HEARING WORKSHEET FILED |
| | 11/24/2015 | MINI DOCKET DAY SET FOR 12/04/2015 AT 9:00 AM IN MC/ , JDG: GOODMAN, ROSS |
| Request | 10/26/2015 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 9/25/2015 | DISCOVERY EXHIBIT FILED |
| Request | 9/25/2015 | AMENDED DISCOVERY EXHIBIT FILED |
| Request | 9/25/2015 | AMENDED DISCOVERY EXHIBIT FILED |
| | 9/18/2015 | CITATION UPDATE SENT TO TCATS - A3NWEGE |
| Request | 9/18/2015 | INFORMATION AND DEMAND FOR NOTICE OF ALIBI FILED |
| Request | 9/18/2015 | HEARING WORKSHEET FILED |
| | 9/18/2015 | DOCKET DAY SET FOR 11/24/2015 AT 9:00 AM IN MC/ , JDG: GOODMAN, ROSS |
| Request | 9/17/2015 | INFORMATION AND DEMAND FOR NOTICE OF ALIBI FILED |
| | 9/3/2015 | ADD SENT TO TCATS - A3NWEGE |
| Request | 9/2/2015 | CITATION FILED |
| Request | 8/31/2015 | NONADVERSARIAL PROBABLE CAUSE DETERMINATION RULE 3.133 FILED |
| | 8/31/2015 | BOND SET |
| | 8/31/2015 | PUBLIC DEFENDER APPOINTED |
| Request | 8/31/2015 | INITIAL VIDEO/WEEKEND/HOLIDAY APP HELD FOR ORIG CHGS W/ FOLLOWING ACTION TAKEN BY THE COURT ON 8/29/2015 |
| | 8/31/2015 | DEFENSE ATTORNEY: PD, PUBLIC DEFENDER ASSIGNED |
| | 8/31/2015 | JUDGE GOODMAN, ROSS: ASSIGNED |
| Request | 8/31/2015 | ARREST REPORT FILED |
| | 8/31/2015 | ARREST DATE: 8/28/2015 |
| | 8/31/2015 | ARRAIGNMENTS SET FOR 09/18/2015 AT 8:30 AM IN MC/ , JDG: JONES, MICHAEL |
| | 8/31/2015 | CASE FILED 08/31/2015 CASE NUMBER 2015 CF 003843 A |
| | 8/28/2015 | ARREST SEQ: 1 - (322.34(2A)) DRIVING WHILE LICENSE SUSPENDED FIRST CONVICTION |

| | | |
|---|---|---|
| | 8/28/2015 | ARREST SEQ: 2 - (810.02(3A)) BURGL OCCUPIED DWELLING UNARMED |



Florida First District Court of Appeal Docket

Case Docket

Case Number: 1D16-1857

Final Criminal Judgment and Sentence Notice from Escambia County

Shashid Shemayne Stroman vs. State of Florida

Lower Tribunal Case(s):2015-CF-003843A

Right-click to copy shortcut directly to this page (/DCAResults
/CaseByYear?CaseYear=2016&CaseNumber=1857&Court=1)

List of Abbreviations | Printer Friendly View

| Date Docketed | Description | Filed By | Notes |
|---|---|---|---|
| 04/25/2016 | ORD-L.T. INSOLVENCY OR INDIGE. | | |
| 04/25/2016 | Notice of Appeal Filed | Jeremy Early 10378 | |
| 04/25/2016 | Notice of Appeal / Acknowledgement letter | | |
| 05/13/2016 | Docketing Statement | | AA Charlene M Hamilton, A.P.D. 0091130 |
| 06/10/2016 | Received Records | | 4 volumes (Redacted. See confidential for original) scanned ftp |
| 06/21/2016 | Designation of 2nd Public Defender | | |
| 07/25/2016 | Mot. for Extension of time to file Initial Brief | Victor D. Holder 71985 | |
| 07/27/2016 | PD(AG if State appeal)Motion(not exceeding 60) | | Appellant's motion filed July 25, 2016, is granted. The initial brief shall be filed on or before August 24, 2016. |
| 08/24/2016 | Mot. for Extension of time to file Initial Brief | Victor D. Holder 71985 | |
| 08/29/2016 | PD(AG if State appeal)Motion(not exceeding 60) | | Appellant's motion filed August 24, 2016, is granted. The initial brief shall be filed on or before September 23, 2016. |
| 09/23/2016 | Motion To File Supplemental Record | Victor D. Holder 71985 | |

| 09/27/2016 | Grant Motion to Supplement the Record | | Appellant's motion filed September 23, 2016, seeking to supplement the record on appeal with a transcript of the trial testimony of the defendant and any other defense witnesses, and any motion for judgment of acquittal made at the close of the defense case, is granted. Counsel for movant shall ensure preparation and transmittal of the supplemental record by the clerk of the lower tribunal on or before October 28, 2016, and time for service of the initial brief is extended to 30 days following transmittal of the supplemental record. |
| 10/27/2016 | Supplemental Records | | 10 pages scanned ftp |
| 10/27/2016 | Transcript Received | | 123 pages scanned ftp |
| 11/17/2016 | Mot. for Extension of time to file Initial Brief | Victor D. Holder 71985 | see amended |
| 11/17/2016 | Mot. for Extension of time to file Initial Brief | Victor D. Holder 71985 | amnd |
| 11/21/2016 | Grant Init Brf Ext-No Fur EOT Unless Extraord | | Appellant's amended third motion for extension of time filed on November 17, 2016, is granted. The initial brief shall be filed on or before December 28, 2016. No further extensions on this brief shall be granted except upon a showing of extraordinary circumstances. |
| 12/28/2016 | Mot. for Extension of time to file Initial Brief | Victor D. Holder 71985 | |
| 01/03/2017 | Initial Brief on Merits | Victor D. Holder 71985 | |
| 01/03/2017 | Motion To Allow Appellant to File Brief | Victor D. Holder 71985 | |
| 01/04/2017 | Pro Se After Anders-No State Brief | | Appellant in proper person is granted 30 days from the date of this order to serve an initial brief. Failure to timely serve a pro se brief will result in this case being presented to the court without benefit of a pro se brief. Pending further order of this court, appellee shall not be required to serve an answer brief. If the panel of judges which considers the merits of this appeal finds that the record or briefs support any arguable claims, additional briefing will be ordered in accordance with In re Anders Briefs, 581 So. 2d 149 (Fla. 1991). |
| 01/04/2017 | Grant Init Brf Ext & Accepted as Timely | | Appellant's motion for extension of time filed on December 28, 2016, is granted, and the brief filed January 3, 2017, is accepted by this court. |
| 06/08/2017 | Affirmed - Per Curiam Affirmed | | |
| 07/06/2017 | Mandate | | |
| 07/06/2017 | Returned Records | | "NP" |

| 07/06/2017 | West Publishing | | |

List of Abbreviations   Printer Friendly View

This site is best viewed using Chrome, Firefox, Edge, or Internet Explorer version 11.0.50 or higher.