UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


SHASHID SHEMAYNE STROMAN,

     Petitioner,

v.                                Case No. 3:20cv2696-LC-HTC

MARK S. INCH,

     Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 26, 2020 (ECF No. 6), to which Petitioner has objected (ECF Doc 13).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 6) is adopted and incorporated by reference in this order.

2. The Petition (ECF Doc. 1) is DISMISSED WITH PREJUDICE as untimely.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of July, 2020.


      s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**